# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| JOHNATHAN C. LARGE, | ) |
|---|---|
| Petitioner, | ) |
| vs. | ) Case No. CIV-13-1003-F |
| KAMERON HARVANEK, | ) |
| Respondent. | ) |

## ORDER

Petitioner seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The Report and Recommendation by Magistrate Judge Gary M. Purcell, doc. no. 15 (the Report), finds that petitioner has sufficient resources to pay the $5.00 filing fee. The Report recommends that petitioner's motion for in forma pauperis status be denied and that he be required to pay the $5.00 filing fee in order for this action to proceed. Petitioner has not objected to the Report. Specifically, he has not objected to the finding that he has sufficient funds to pay the filing fee, or to the recommendation that he be denied pauper status, or to the recommendation that this action should be dismissed if the filing fee is not paid.

Having reviewed the matter, and with there being no objection, the court agrees with the Report and finds that no purpose would be served by any further analysis here.

Since the filing of the Report, petitioner has filed twenty-one applications or motions.[1] Of these, the filings at doc. nos. 17 and 28 are construed as requesting additional time to pay the $5.00 filing fee. Construed in that manner, the motions at

---

[1] Petitioner has also filed several letters and notices.

doc. nos. 17 and 28 are **GRANTED**, and petitioner is hereby provided an additional thirty days from the date of this order within which to submit the $5.00 filing fee in order to avoid dismissal of this action.

Accordingly, the Report and Recommendation of Magistrate Judge Purcell is **ACCEPTED**, **ADOPTED** and **AFFIRMED** in its entirety, petitioner's Amended Motion for Leave to Proceed In Forma Pauperis (doc. no. 7) is **DENIED**, and petitioner is **DIRECTED** to pay the $5.00 filing fee within thirty days of the date of this order. Failure to comply will result in dismissal of this action.

Dated this 23rd day of October, 2013.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

13-1003p001.wpd