IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHNATHAN C. LARGE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-13-1003-F |
| ) | |
| KAMERON HARVANEK, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Before the court is the Supplemental Report and Recommendation [doc. no. 47] entered by United States Magistrate Judge Gary M. Purcell. No objection to the Supplemental Report and Recommendation has been filed, nor has an extension of time in which to object been sought or granted. Therefore, the Supplemental Report and Recommendation [doc. no. 47] is **ADOPTED** in its entirety and the duplicative amended petition [doc. no. 42] for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED** with prejudice to refiling.

Dated this 6th day of January, 2014.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

13-1003p003.wpd